UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **KAYED ALMERAISI**, <br><br> Petitioner, <br><br> v. <br> **THOMAS WINN**, <br><br> Respondent. | 4:15-CV-12823-TGB-EAS <br><br> **ORDER DENYING AMENDED PETITION FOR WRIT OF HABEAS CORPUS** |

## JUDGMENT

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED.** It is **FURTHER ORDERED** that a certificate of appealability is **DENIED.** It is **FURTHER ORDERED** that permission to appeal in forma pauperis is **DENIED.**

Dated at Detroit, Michigan, this 30th day of December, 2020.

                                     KINIKIA ESSIX
                                     CLERK OF THE COURT

                                     s/A. Chubb
                                     Case Manager and Deputy Clerk

APPROVED:

s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE